1
2
3
4
5
6
7
8               IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   EDWARD L. MERAS,

11              Petitioner,              No. CIV S-07-0378 FCD EFB P

12        vs.

13   D.K. SISTO, Warden, et al.,

14              Respondents.            ORDER

15   _____/

16        Petitioner, a state prisoner without counsel, seeks a writ of habeas corpus. *See* 28 U.S.C.

17   § 2254.  Petitioner seeks leave to proceed *in forma pauperis*.  *See* 28 U.S.C. § 1915(a).

18        Petitioner challenges a conviction in the Stanislaus County Superior Court.  Actions

19   arising out of Stanislaus County are venued in the Fresno part of this district.  Accordingly,  this

20   action should have been commenced in the district court in Fresno.  Local Rule 3-120(d).  In

21   light of the need to transfer this action, the court will not rule on petitioner's application leave

22   for to proceed *in forma pauperis* at this time.

23        Accordingly, it is hereby ordered that:

24        1.  This action is transferred to the district court in Fresno.  *See* Local Rule 3-120(f).

25        2.  The Clerk of Court shall assign a new case number;

26   /////

1     3.  The new case number is _____.  All future filings shall bear the

2  new case number and shall be filed at:

3                    United States District Court
                     Eastern District of California
4                    2500 Tulare Street
                     Fresno, CA 93721
5

6  Dated:   March 12, 2007.

7                                    _____
                                     EDMUND F. BRENNAN
8                                    UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26